PROB 12C
(6/16)

Report Date:  January 27, 2017

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jan 27, 2017**

SEAN F. McAVOY, CLERK

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Justin Wilkinson                      Case Number: 0980 2:12CR06011-EFS-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: October 16, 2012

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349; Aggravated Identity Theft, 18 U.S.C. § 1028(A); | |
| Original Sentence: | Prison - 54 months; TSR - 60 months | Type of Supervision: Probation |
| Asst. U.S. Attorney: | Meghan McCalla | Date Supervision Commenced: July 28, 2016 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: July 27, 2021 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 6**: If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment. |
| | **Supporting Evidence**: Justin Wilkinson is considered in violation of his conditions of supervised release as he has failed to make a payment since his commencement of supervised release on July 28, 2016. |
| | On August 17, 2016, the supervising probation officer met with Mr. Wilkinson. During this meeting, Mr. Wilkinson agreed to make monthly payments of at least $20 per month towards his outstanding financial obligations. To this date, Mr. Wilkinson has failed to make a payment. |
| 2 | **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month. |

**Supporting Evidence**: Justin Wilkinson is considered in violation of his conditions of supervised release as he failed to submit a written monthly report within the first 5 days of September, October, November, and December, 2016, to the U.S. Probation Office in Salt Lake City, Utah.

On August 17, 2016, the supervising probation officer met with Mr. Wilkinson at the Fortitude Center, a state-run halfway house in Salt Lake City, Utah. At that time, Mr. Wilkinson was provided with blank monthly supervision reports and was directed to fill one out and turn the completed form into the U.S. Probation Office by the 5th day of each month. For the months listed above, Mr. Wilkinson has failed to provide any monthly reports to the U.S. Probation Office.

3    **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

**Supporting Evidence**: Mr. Wilkinson is considered in violation of his conditions of supervised release by failing to notify his supervising probation officer of a change of residence prior to November 21, 2016.

Mr. Wilkinson was released from the Fortitude Center, a state-run halfway house in Salt Lake City, Utah, on November 8, 2016. He was approved to reside in a sober living home. Mr. Wilkinson left the sober living home on November 21, 2016, and failed to notify his supervising officer prior to leaving.

4    **Special Condition # 18**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Wilkinson is considered to be in violation of his conditions of release by failing to submit to drug and alcohol testing as directed for the month of January, 2017.

On January 5, 2017, Mr. Wilkinson was directed to submit to a drug test at the Utah State Probation Office, at the request of his supervising U.S. Probation Officer. Mr. Wilkinson reported to the Utah State Probation Office, but failed to produce a urinalysis sample as directed.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    01/27/2017

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

**Prob12C**
**Re: Wilkinson, Justin**
**January 27, 2017**
**Page 3**

THE COURT ORDERS

[  ]   No Action
[XX]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[  ]   Other

_Edward F. Shea_
Signature of Judicial Officer

January 27, 2017

Date